# Exhibit 7

**(Third Party Real Estate Broker's Website Promoting the AMAYA, https://vegasluxurysales.com/las-vegas-communities/amaya/)**

https://vegasluxurysales.com/las-vegas-communities/amaya/                    April 22, 2024

Home    Communities ⌄    Services ⌄    About    Contact          Call Haley



# About Amaya

In the heart of Las Vegas, the Amaya community in Summerlin represents a new pinnacle in luxury living. This exclusive enclave signifies a premier selection of custom home sites, each offering a unique gateway to bespoke luxury. Surrounded by the awe-inspiring landscapes of Summerlin's Red Rocks and perched on dramatic mountain slopes, Amaya offers residents not just a home, but a statement of arrival.

## Elevating Expectations in Amaya

Envision residing in Amaya, strategically perched on the slopes of a majestic mountain, offering panoramic vistas of Las Vegas overlooking Redpoint Village, Kestrel Village, and the anticipated Grand Park Village. Spread across 171 acres of prime Las Vegas real estate, Amaya unveils a limited collection of 170 custom home sites. These exclusive parcels range from a generous 3/4 of an acre to over 2 acres, with entry prices currently commencing at $2 million. "Amaya," a name steeped in Spanish and Japanese tradition, signifies "Mother capital," "elevated place," and "Heavenly valley." This sanctuary, nestled at the base of the La Madre peaks, epitomizes the highest level of luxury living in Las Vegas, offering its residents serenity, privacy, and a connection with the sublime beauty of their surroundings.

## The Spirit of Amaya Living

Amaya transcends mere residence, evolving into a dynamic community for those who demand the epitome of luxury. Envision a premier five-star clubhouse as your personal oasis, where relaxation, social engagement, and access to a suite of unparalleled amenities become your daily routine. Amaya is synonymous with comprehensive luxury, integrating wellness facilities and state-of-the-art security to ensure an incomparable living experience.

## Redefining Luxurious Existence

Amaya aspires to elevate the grandeur found in other Las Vegas luxury communities such as The Summit and The Ridges to new altitudes of luxury and exclusivity. Every detail and pricing tier reflects the peerless comfort and prestige available within Amaya, solidifying its status as the premier destination for luxury real estate enthusiasts in Las Vegas.

## Discover the Amaya Difference

The buzz surrounding Amaya is tangible, with the pioneering phase now open for pre-selection by exclusive reservation. While information about Amaya is being closely guarded, we're hearing that a $100,000 refundable deposit secures your opportunity to choose the ideal homesite as the inaugural phase unfolds. Given the extraordinary demand for this elite community, scheduling a private consultation is required.

## Embark on Your Amaya Journey

Are you ready to embrace Amaya Village as your sanctuary? Entrust your journey to Haley George, specializing in Summerlin's finest offerings and new constructions. I eagerly anticipate assisting you in discovering Amaya, where luxury living reaches its pinnacle.

Don't let this unparalleled opportunity to partake in the ultimate Las Vegas luxury lifestyle pass you by. To secure your spot on the reservation list or to unearth more about Amaya, contact me today. I will guide you to Amaya, where dreams of luxurious living become reality.

# Frequently Asked Questions




What is Amaya and where is it located?  —

Amaya is a new pinnacle in luxury real estate located within the Summerlin community in Las Vegas. It is set to redefine luxury living with its custom home sites and unparalleled amenities.

How many home sites are available in Amaya?  ∨

What are the lot sizes in Amaya?  ∨

What kind of amenities can residents expect in Amaya?  ∨

What does the name Amaya signify?  ∨

What makes the location of Amaya so special?  ∨

How does Amaya compare to other neighborhoods in Summerlin?  ∨

What kind of views will Amaya have?    ⌄

What are the street names in Amaya?    ⌄

How can interested buyers become a part of Amaya?    ⌄

# Map of Amaya in Summerlin





## Amaya Lot Sizes*

### Skyfall Point

1910 Skyfall Point Dr – 0.8258 Acres
1930 Skyfall Point Dr – 1.2245 Acres
1945 Skyfall Point Dr – 0.5373 Acres
1950 Skyfall Point Dr – 0.7932 Acres
1965 Skyfall Point Dr – 0.6239 Acres
1970 Skyfall Point Dr – 0.7297 Acres
1985 Skyfall Point Dr – 0.6125 Acres
1990 Skyfall Point Dr – 0.6509 Acres
2005 Skyfall Point Dr – 0.5846 Acres
2010 Skyfall Point Dr – 0.7075 Acres
2025 Skyfall Point Dr – 0.4977 Acres
2030 Skyfall Point Dr – 1.4108 Acres
2050 Skyfall Point Dr – 0.5718 Acres
2065 Skyfall Point Dr – 0.5326 Acres
2070 Skyfall Point Dr – 0.5547 Acres
2085 Skyfall Point Dr – 0.5832 Acres
2090 Skyfall Point Dr – 0.7044 Acres
2105 Skyfall Point Dr – 0.7161 Acres

### Cresent Park

12643 Cresent Park Ct – 0.7529 Acres
12663 Cresent Park Ct – 0.8844 Acres
12683 Cresent Park Ct – 0.7259 Acres
12700 Cresent Park Ct – 0.5455 Acres
12703 Cresent Park Ct – 0.5366 Acres
12720 Cresent Park Ct – 0.4928 Acres
12723 Cresent Park Ct – 0.4908 Acres
12740 Cresent Park Ct – 1.1116 Acres
12743 Cresent Park Ct – 0.6279 Acres

### Solstice Meadow

1920 Solstice Meadow Way – 0.508 Acres
1925 Solstice Meadow Way – 0.8849 Acres
1940 Solstice Meadow Way – 0.5073 Acres
1945 Solstice Meadow Way – 0.7262 Acres
1960 Solstice Meadow Way – 0.6067 Acres
1965 Solstice Meadow Way – 0.7134 Acres
1985 Solstice Meadow Way – 0.5244 Acres
2005 Solstice Meadow Way – 0.5802 Acres
2025 Solstice Meadow Way – 0.508 Acres

### Western Skyline

12665 Western Skyline Dr – 0.9135 Acres
12680 Western Skyline Dr – 0.6345 Acres
12685 Western Skyline Dr – 0.6589 Acres
12700 Western Skyline Dr – 0.5914 Acres
12705 Western Skyline Dr – 0.5625 Acres
12720 Western Skyline Dr – 0.5506 Acres
12725 Western Skyline Dr – 0.6729 Acres

* The above lot information was gathered from publicly available data from Clark County GIS. They are subject to errors, and could change or be updated in the future. The data was received as of April 2024. No guarantees are made to the accuracy of the data. For accurate data, it's recommended we setup a meeting to discuss with project representatives. Contact me with questions.



# Connect with Haley

Want to know more about the Amaya community in Las Vegas?



**CONTACT HALEY**

**VS** Vegas Luxury Sales

Experience an elite Vegas lifestyle with expert Las Vegas real estate agent Haley George, where opulence meets expertise.

Let's connect on social.

   

## Information

FAQ
Site Map

## Office

10777 W. Twain Ave, Suite 230
Las Vegas, NV 89135

Call Haley

Email Haley

| | | |
|---|---|---|
| Anthem Country Club | Lakes Estates | Spanish Hills |
| Amaya | Las Vegas Country Club | Spanish Oaks |
| Ascaya | MacDonald Highlands | Spanish Trail |
| Bellacere | Mountain Trails | The Fountains |
| Calico Basin | Mt Charleston | The Palisades |
| Canyon Fairways | Queensridge | The Ridges |
| Canyon Gate | Rancho Bel Air | The Summit |
| Club Madeira | Rancho Circle | The Vinyards |
| Country Club Hills | Rancho Nevada Estates | Tournament Hills |
| Desert Shores | Red Rock Country Club | Willow Creek |
| Eagle Hills | Roma Hills | |
| Gilcrease | Scotch Eighties | |
| Glen Heather Estates | Section 10 | |
| Green Valley Ranch Estates | Seven Hills | |
| Hillsboro Estates | Southern Highlands Golf Club | |
| Lake Las Vegas | | |

Copyright © 2024 - Vegas Luxury Sales • Haley George with Douglas Elliman • Lic. S.195778 • Privacy Policy