**KEMP JONES**
J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
Spencer H. Gunnerson, Esq. (#8810)
s.gunnerson@kempjones.com
3800 Howard Hughes Parkway, 17th
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001

**MAYER BROWN LLP**
Kristine M. Young, Esq. (admitted pro hac vice)
kyoung@mayerbrown.com
Daniel P. Virtue, Esq. (admitted pro hac vice)
dvirtue@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

*Attorneys for Ascaya, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASCAYA, INC., a Nevada Corporation, | Case No. 2:24-cv-00862 |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| THE HOWARD HUGHES COMPANY, LLC, a Delaware limited liability company, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff, Ascaya, Inc. ("Ascaya" or "Plaintiff"), by its attorneys, Mayer Brown LLP and Kemp Jones, LLP, and Defendant, The Howard Hughes Company, LLC ("HHC") (collectively, the "Parties"), by and through its undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

1

**I.**

**STIPULATION**

1. This is the first stipulation to extend time in this matter and is sought to accommodate the Parties in their efforts to finalize their ongoing settlement negotiations and execute an agreement to globally resolve this matter, which will avoid the unnecessary expenditure of time and resources by the Parties and this Court.

2. Plaintiff filed the complaint on May 7, 2024, (ECF No. 1), and served HHC a copy of the same and the summons on May 21, 2024, (ECF No. 12).

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, HHC's deadline to answer or otherwise respond to the complaint was June 11, 2024.

4. The Parties have since been in communication and have engaged in multiple rounds of good-faith settlement negotiations in an effort to avoid costly litigation, preserve court resources, and bring this matter to a final resolution.

5. To facilitate the culmination of their settlement efforts and allow for their finalization and execution of a settlement agreement, the Parties agree that the deadline for HHC's response to the complaint should be extended until **July 29, 2024**.

6. The parties further agree that Plaintiff will file a Notice of Voluntary Dismissal on or before **July 29, 2024**, should the Parties come to a successful resolution to this matter.

///

///

///

2

7. Should the Parties' settlement negotiations fail, HHC's response to the Complaint shall be filed no later than **July 29, 2024**.

IT IS SO STIPULATED.

DATED this 15th day of July, 2024.        DATED this 15th day of July, 2024.

**KEMP JONES, LLP**                          **HOLLAND & HART, LLP**

 /s/ Spencer Gunnerson                        /s/ Robert J. Cassity
J. Randall Jones                              Robert J. Cassity
Spencer H. Gunnerson                          Erica C. Medley
3800 Howard Hughes Parkway, 17th              9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89169                           Las Vegas, NV 89134

**MAYER BROWN LLP**                          *Attorneys for The Howard Hughes Company, LLC*
Kristine M. Young
Daniel P. Virtue
71 S. Wacker Drive
Chicago, IL 60606

*Attorneys for Ascaya, Inc.*

## II.

## ORDER

Based on the foregoing stipulation by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to Extend Response Deadline to Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that HHC's response to Plaintiff's Complaint shall be filed no later than **July 29, 2024**.

**IT IS FURTHER ORDERED** that in the event the Parties execute a settlement agreement that resolves this action in its entirety before HHC's response deadline, Plaintiff shall file a Notice of Voluntary Dismissal on or before **July 29, 2024**.

IT IS SO ORDERED this 15th day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3